UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN – GREEN BAY DIVISION

| | |
|---|---|
| DEBRA WEISS,<br>  *Plaintiff,*<br>v.<br><br>ANIWA, LLC dba TEXAS JAY'S NORTH, a Wisconsin Limited Liability Company; JOHN A. URBAN, an individual,<br>  *Defendants,* | Case No. 1:21-CV-114-WCG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Debra Weiss (Plaintiff) stipulates to a dismissal with prejudice of all claims against Aniwa, LLC dba Texas Jay's North and John A. Urban (Defendants), pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii). The parties stipulate that each party shall bear their own fees and costs.

Dated: June 6, 2023

                 Respectfully submitted,

                 */s/ Leigh S. Montgomery*
                 Jarrett L. Ellzey *(Pro Hac Vice)*
                 Texas Bar No. 24040864
                 Leigh Montgomery *(Pro Hac Vice)*
                 Texas Bar No. 24052214
                 **ELLZEY & ASSOCIATES, PLLC**
                 1105 Milford Street
                 Houston, Texas 77006
                 Telephone: (713) 554-2377
                 Fax: (888) 276-3455
                 jarrett@ellzeylaw.com
                 leigh@ellzeylaw.com

                 and

Jay Urban
Wisconsin Bar No. 1018098
Urban & Taylor, S.C.
Urban Taylor Law Buildihng
4701 N. Port Washington Rd.
Milwaukee, Wisconsin 53212
Telephone: 414-906-1700
jurban@wisconsininjury.com

***Attorneys for Plaintiff***

and


*/s/ Mark D. Richards\**
Mark D. Richards
RICHARDS & DIMMER, S.C.
209 8th Street
Racine, Wisconsin 53403
Email: mdr@racinedefense.com
beth@racinedefense.com

***Attorney for Defendants***

**with permission*

CERTIFICATE OF SERVICE

I certify that, on June 6, 2023, a true and correct copy of the foregoing document was electronically served on the following counsel of record, in accordance with the Federal Rules of Civil Procedure.

Mark D. Richards
RICHARDS & DIMMER, S.C.
209 8th Street
Racine, Wisconsin 53403
Email: mdr@racinedefense.com
beth@racinedefense.com

***Counsel for Defendants***

                                      */s/ Leigh S. Montgomery*
                                      Leigh S. Montgomery